**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                            PLAINTIFF

v.                                    No. 4:11CR00045 JLH

LYNN ESPEJO                                                           DEFENDANT

## <u>ORDER</u>

This action was dismissed on May 15, 2012.  Defendant, Lynn Espejo, has now filed a motion for attorneys' fees and a request for an injunction to prevent the United States Attorney for the Eastern District of Arkansas from indicting her until her ethical complaints against the prosecutors can be heard, a motion for appointment of counsel, and an application to proceed *in forma pauperis*.

Local Rule 54.1 provides that in any case in which an attorney's fee is recoverable under the law that applies to that case, a motion for fees must be filed within fourteen days after entry of judgment or order of dismissal.  Espejo's motion for fees is therefore denied as untimely.  Document #20.

Because this action was terminated almost two years ago, the Court has no jurisdiction to grant any of Espejo's remaining motions, so those motions are denied.  Documents #21 and #22.

IT IS SO ORDERED this 5th day of May, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE